Nathaniel L. Dilger (SBN 196203)
Email: ndilger@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
Taylor C. Foss (SBN 253486)
Email: tfoss@onellp.com
Jennifer A. Mauri (SBN 276522)
Email jmauri@onellp.com
William J. O'Brien (SBN 99526)
Email: wobrien@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:    (949) 502-2870
Facsimile:    (949) 258-5081

David B. Parker (CA Bar No. 72192)
parker@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 West 6th St., Suite 500
Los Angeles, CA 90017
Telephone:    (213) 622-4441
Facsimile:    (213) 622-1444

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUMIO CORPORATION, a Delaware corporation,<br><br>Defendant,<br><br>*and*<br><br>IPROOV, LTD., a United Kingdom limited company,<br><br>Defendant-Intervenor. | Case No. 3:24-cv-03623-RFL<br>Hon. Rita F. Lin<br><br>**NOTICE OF ERRATA [RE: DKT 103]**<br><br>Date:   July 1, 2025<br>Time:   10:00 a.m.<br>Crtm:   15 – 18th Floor |
| AND RELATED COUNTERCLAIMS. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On May 12, 2025, Plaintiff and Counter-defendant FaceTec, Inc. ("FaceTec") filed its Memorandum in Support of its Motion to Disqualify Morrison & Foerster LLP as Counsel for Jumio Corporation (Dkt. 103). It has since come to counsel's attention that the body of the document erroneously included an internal comment related to further editing as well as minor typographical errors. FaceTec concurrently attaches hereto a corrected Memorandum and respectfully requests that the Court and opposing counsel disregard the version filed in error.

Dated:  May 13, 2025                                   **ONE LLP**

By: */s/ Taylor C. Foss*
Nathaniel L. Dilger
Peter R. Afrasiabi
William J. O'Brien
Taylor C. Foss
Jennifer A. Mauri

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

-and-

**PARKER SHAFFIE LLP**
David B. Parker

*Specially Appearing for Plaintiff and Counter-Defendant FaceTec, Inc.*